1
2
3
4
5
6
7             **UNITED STATES DISTRICT COURT**
8            **CENTRAL DISTRICT OF CALIFORNIA**
9
10

| | |
|---|---|
| 11  ROBERT BURCH, | **Case No.** CV11-6157 PJW |
| 12            Plaintiff, | **[PROPOSED]** ORDER |
| 13        vs. | REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION |
| 14  COUNTY OF SAN BERNARDINO; MICHAEL NEW; and DOES 2-10, | WITH PREJUDICE |
| 15  inclusive, | |
| 16            Defendants. | |

17

18      **ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE**

19      **IT IS HEREBY ORDERED,** that the Complaint of ROBERT BURCH

20  ("Plaintiff") in USDC case no. CV11-6157 PJW is hereby dismissed in its entirety,

21  with prejudice.

22      **IT IS SO ORDERED.**

23

24  Dated:  February 28, 2014    _____

25                              Honorable Patrick J. Walsh
                                United States Magistrate Judge
26

27

28