UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT BURCH, | Case No. CV 11-6157-PJW |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO; MICHAEL NEW; and DOES 2-10, inclusive, | |
| Defendant, | |

Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: February 28, 2014  /s/ Patrick J. Walsh

HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE